■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE GUINYARD, Appellant. (Appeal No. 1.) [898 NYS2d 907]— Appeal from a resentence of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered September 29, 2008. Defendant was resentenced upon his conviction of murder in the second degree and criminal possession of a weapon in the third degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed.

Same memorandum as in *People v Guinyard* (72 AD3d 1545 [2010]). Present—Smith, J.P., Centra, Fahey and Pine, JJ.